AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RICHARD HAMPTON | ) | Case No. |
| | ) | 5:23mj1308 |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

FILED
4:40 pm Dec 11 2023
Clerk U.S. District Court
Northern District of Ohio
Akron

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  April 20, 2023  in the county of  Stark  in the
Northern  District of  Ohio  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113 | Bank Robbery |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Complainant's signature

David Clarke, Special Agent, FBI
Printed name and title

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: 12/11/2023

Judge's signature

City and state:  Akron, Ohio

Amanda M. Knapp, U.S. Magistrate Judge
Printed name and title