## AFFIDAVIT IN SUPPORT OF
## A CRIMINAL COMPLAINT

I, David Clarke, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since April of 2022. I presently am assigned to work a variety of criminal matters, including the investigation of financial crimes and bank robberies, in the Canton Resident Agency of the Cleveland Field Office. I have gained experience in the conduct of such investigations through training, seminars, classes, and everyday work related to conducting these types of investigations.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the issuance of a criminal complaint and does not set forth all of my knowledge about this matter.

3. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violation of 18 U.S.C. § 2113, bank robbery has been committed by RICHARD HAMPTON ("HAMPTON").

### FACTS AND CIRCUMSTANCES REGARDING PROBABLE CAUSE

4. On April 20, 2023 at approximately 12:15 p.m., HAMPTON robbed KeyBank located at 3001 Cleveland Ave S, Canton OH 44707, which is insured by the Federal Deposit Insurance Corporation ("FDIC").

5. HAMPTON provided the bank teller with a note with the words "give me the" and written below "gun". HAMPTON then pointed to his waistband several times and telling the

teller to "hurry up, hurry up". HAMPTON's gestures and the words written on the note implied to the bank teller that HAMPTON had a gun.

6. The bank teller provided HAMPTON with the loose cash from the top drawer along with $80 of cash bound by a tracking device. KeyBank confirmed the total amount taken by HAMPTON was $723.00.

7. After taking the cash and tracking device, HAMPTON exited KeyBank and entered a white SUV. Police officers located and arrested HAMPTON at 720 Alan Page Dr SE Apt Bldg #1, Canton, and also recovered the cash HAMPTON stole from the KeyBank and the tracking device.

8. On a video-recorded interview, Hampton confessed to robbing KeyBank and said he got crack and was smoking it when the police arrested him. People interviewed inside the apartment building said they were smoking crack with Hampton that morning. Hampton told police that he didn't write the word "money" after writing "give me the" because he was high. Hampton said the driver was a person he asked at a grocery store parking lot just before the robbery. Hampton said he needed to cash a check and that he'd give him $50 to drive him and then drop him off in Canton after. Police said the vehicle was casually driving away without rush, including stopping at traffic lights.

9. A review of surveillance images from KeyBank showed that HAMPTON robbed the bank.  HAMPTON did not wear a mask or otherwise conceal his identity.  HAMPTON is clearly shown robbing the bank.

## CONCLUSION

10.     Based on the foregoing, I submit that there is evidence to support a criminal complaint charging RICHARD HAMPTON with violations of 18 U.S.C. § 2113, bank robbery.

11.     Specifically, on April 20, 2023, HAMPTON robbed KeyBank, 3001 Cleveland Ave S, Canton OH 44707, an FDIC-insured bank, in violation of 18 U.S.C. § 2113, bank robbery.

Respectfully submitted,

David Clarke
Special Agent
FBI

Subscribed and sworn to me this _11th_ day of December 2023 via telephone after submission by reliable electronic means. FED. R. CRIM. P. 4.1 and 41(d)(3).

AMANDA M. KNAPP
UNITED STATES MAGISTRATE JUDGE

3