UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION



**FILED**
DEC 12 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:23MJ1308-AMK |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | WAIVER OF PRELIMINARY HEARING |
| RICHARD HAMPTON, | ) ) | |
| Defendant. | ) ) | Magistrate Judge Knapp |

I have been advised by my counsel and by the Court of my right under the Federal Rules of Criminal Procedure to have a preliminary hearing in the above-captioned matter at which the government would have to establish that there was probable cause to believe that I committed the violation with which I have been charged.

I hereby waive my right under the Federal Rules of Criminal Procedure to have such a preliminary hearing and consent that the proceedings may be bound over to the Grand Jury.

_____
Defendant

_____
Counsel for Defendant

Approved: _____
Amanda M. Knapp
U.S. Magistrate Judge

Date: 12/12/23